| | |
|---|---|
| 1 | AKERMAN SENTERFITT LLP |
| 2 | DONALD M. SCOTTEN (CA SBN 190532) |
|   | Email: donald.scotten@akerman.com |
| 3 | 725 South Figueroa Street, 38th Floor |
| 4 | Los Angeles, California 90017-5433 |
|   | Telephone: (213) 688-9500 |
| 5 | Facsimile:  (213) 627-6342 |

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC
erroneously sued herein as "Aurora Loan"

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SALLY FIGUEIREDO,<br><br>         Plaintiff,<br><br>v.<br><br>AURORA LOAN; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; and DOES 1 through 10, inclusive<br><br>         Defendants. | Case No. 4:09-CV-04784-PJH<br>Hon. Phyllis J. Hamilton<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:         January 21, 2010<br>Time:         2:00 p.m.<br>Courtroom: 3<br><br>Trial Date:  None |

1      WHEREAS, there is currently a Case Management Conference set for January 21, 2009 at 2:00 p.m.;

3      WHEREAS, both Plaintiff Sally Figueiredo (**Plaintiff**) and defendant Aurora Loan Services LLC's (**Aurora**) seek additional time to complete their Joint Case Management Statement;

6      NOW THEREFORE, Plaintiff and Aurora, through their attorneys of record, hereby stipulate to continue the Case Management Conference in this matter until February 18, 2010, at 2:00 p.m. in Courtroom 3 of the above-entitled Court, located at 1301 Clay Street, Oakland, California, 94612;

10      The parties will file their Joint Case Management Conference Statement no later than February 11, 2010;

12      As there has been no appearance by defendant Cal-Western Reconveyance Corporation, no other parties are affected by this stipulation.

14      IT IS SO STIPULATED.

DATED: January 15, 2010      AKERMAN SENTERFITT LLP

By:/s/ Donald M. Scotten
    Donald M. Scotten
Attorneys for Defendant
AURORA LOAN SERVICES LLC

DATED: January 15, 2010      Law Office of Jonathan Fried

By:/s/ Jonathan Fried
    Jonathan Fried
Attorney for Plaintiff
SALLY FIGUEIREDO

1  **IT IS HEREBY ORDERED** that the Case Management Conference will be
2  continued to February 18, 2010, at 2:00 p.m. in Courtroom 3 of the above-entitled
3  Court, located at 1301 Clay Street, Oakland, California, 94612.  The parties must file
4  their Joint Case Management Conference Statement no later than February 11, 2010.

6  Dated:  1/21/10                              By: _____
                                                The Hon. Phyllis J. Hamilton

