UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sally Figueiredo

CASE NO. 09-04784 PJH

Plaintiff(s),

v.

Aurora Loan Services LLC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- other requested deadline _____

Dated: 2/8/10

_____
Attorney for Plaintiff

Dated: 2/8/10

_____
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: FEB 1 2 2010

_____
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE BY CM/ECF ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017.

On February 8, 2010, I served the following document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Based on a court order or an agreement of the parties to accept service by CM/ECF electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

Jonathan Fried, Esq.  
Law Office of Jonathan Fried  
700 Montgomery Street  
San Francisco, CA 94111  
jon.fried@yahoo.com  

*Attorneys for Plaintiff, Sally K. Figueiredo*

Tel.: (650) 242-4901  
Fax: (650) 638-1346

ADR  
Adr@cand.uscourts.gov

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 8, 2010, at Los Angeles, California.

Suzanne I. Jimenez  
Type Name

*/s/ Suzanne I. Jimenez*  
Signature