||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SALLY FIGUEIREDO, | ) | |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | No. C 09-4784 BZ |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| AURORA LOAN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A Case Management Conference was held on **MARCH 22, 2010**. Plaintiff's counsel, Jonathan Fried failed to appear and did not seek leave to have his appearance excused. Plaintiff's counsel is therefore **ORDERED** to show cause in writing by **APRIL 5, 2010** why he should not be sanctioned for his failure to appear. A hearing on the Order to Show Cause is scheduled for **APRIL 12, 2010, at 4:00 p.m.**, Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. If counsel wishes to avoid the hearing, counsel may contribute **$250.00** to **St. Anthony's Dining Room**, 121 Golden Gate Avenue, San Francisco, CA 94102 or **Glide Memorial Church Food Program**, 330 Ellis, San Francisco, CA 94102. If proof of

1  payment is received in chambers on or before **APRIL 6, 2010** the
2  Order To Show Cause will be discharged and there will be no
3  need for a hearing.
4  Dated: March 23, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

7  G:\BZALL\-BZCASES\FIGUEIREDO V. AURORA LOAN\OSC ORD.wpd