UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY K. FIGUEIREDO,       )<br>            )<br>        Plaintiff,   )<br>            )<br>    v.          )<br>            )<br>            )<br>AURORA LOAN,       )<br>            )<br>            )<br>        Defendants.  )<br>            )<br>_____) | No. C09-4784 BZ<br><br>**ORDER DISCHARGING<br>ORDER TO SHOW CAUSE** |

The Court having received plaintiff's counsel's response to the Order to Show Cause, **IT IS HEREBY ORDERED** that the order to show cause, entered on March 23, 2010, is **DISCHARGED.** The hearing scheduled for April 12, 2010 is **VACATED.**

Dated: April 9, 2010

                                                  _____
                                                  Bernard Zimmerman
                                                  United States Magistrate Judge

G:\BZALL\-BZCASES\FIGUEIREDO V. AURORA LOAN\ORDER DISCHARGING OSC.wpd

1