UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALLY FIGUEIREDO, | ) | |
| Plaintiff(s), | ) | No. C 09-4784 BZ |
| v. | ) | **JUDGMENT** |
| AURORA LOAN, et al., | ) | |
| Defendant(s). | ) | |

Having dismissed this action for failure to prosecute and for failure to obey a court order on **APRIL 14, 2010**, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of defendant Aurora Loan, that plaintiff take nothing, and that defendant Aurora Loan shall recover its costs.

Dated: April 14, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIGUEIREDO V. AURORA LOAN\JUDGMENT.wpd

1