UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALLY FIGUEIREDO, | ) | |
| Plaintiff(s), | ) | No. C 09-4784 BZ |
| v. | ) | **ORDER OF DISMISSAL** |
| AURORA LOAN, et al., | ) | |
| Defendant(s). | ) | |

On **March 15, 2010** I dismissed plaintiff's complaint and ordered her to file a new complaint by **March 25, 2010.** Doc. No. 37. Plaintiff still has not filed an amended complaint. Defendant Aurora Loan has filed an ex-parte application to have this case dismissed for failure to follow the Court's March 15 order. Plaintiff has not opposed this request. Accordingly, **IT IS ORDERED** that this action is **DISMISSED** for failure to prosecute and for failure to follow this Court's order.

Dated: April 14, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIGUEIREDO V. AURORA LOAN\DISM ORD2.wpd

1