UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY FIGUEIREDO, | |
| Plaintiff(s), | No. C 09-4784 BZ |
| v. | **BRIEFING ORDER** |
| AURORA LOAN, et al., | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that plaintiff's opposition to the motion to expunge lis pendens is due **July 1, 2010**. Any reply shall be filed by **July 9, 2010**.

Dated: June 15, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIGUEIREDO V. AURORA LOAN\BRIEFING ORDER.WPD

1