UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY FIGUEIREDO, ) ) Plaintiff(s), ) ) v. ) ) AURORA LOAN, et al., ) ) Defendant(s). ) ) _____ ) | No. C 09-4784 BZ **ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS** |

Plaintiff's opposition to defendants' Motion to Expunge Lis Pendens and request for attorney's fees was due on July 1, 2010. No opposition having been filed, and good cause appearing, **IT IS HEREBY ORDERED** that defendants' Motion to Expunge the Lis Pendens is **GRANTED** and that defendants are awarded their reasonable attorney's fees in the amount of $805.00.

Dated: July 6, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIGUEIREDO V. AURORA LOAN\ORDER GRANTING MOT RE LIS PENDENS.wpd

1